ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN et al.<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br>JEROME BERNARD BOHLAND, etc.<br><br>　　　　　　Defendant. | NO. C 04 4902 WHA(MEJ)<br><br>ORDER OF EXAMINATION |

To:  Jerome Bernard Bohland
     dba Airteks Mechanical
     233 Junction Avenue #B
     Livermore, CA 94551

You the above named officer and custodian of records of corporate judgment debtor ARE HEREBY ORDERED to appear personally on April 6, 2006 at 9:30 a.m. at <u>450 Golden Gate Avenue, San Francisco, CA , 15th Floor, Courtroom B,</u> before the <u>Judge Maria-Elena James</u> then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. All monthly financial statements for the same period and 2006.

2. All bank statements, deposit slips and canceled checks

ORDER OF EXAMINATION　　　　　　　　　　　　　　　　　　1

1  for all accounts for November 1, 2005 to date;
2      3. The last tax return filed with the Franchise Tax Board;
3      4. Copies of all purchase orders, change orders accepted
4  bids, customer lists and contracts which relate in any way to work
5  performed by debtor during the period from November 1, 2005 to date;
6      5. All accounts receivable lists generated by the Company
7  from November 1, 2005 to date;
8      6. Cash Disbursement Journals for 2005;
9      NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE
10 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
11 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
12 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
13 JUDGMENT CREDITOR IN THIS PROCEEDING.
14 Dated: March 2, 2006

                                                _____
                                                Judge Maria Elena James

ORDER OF EXAMINATION                                                                           2